# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:

**Virginia Burgess Ready**            Case No.: 23−12732
                                      Chapter: 13
**Larry Willard Ready**

## NOTICE OF RESCHEDULED CONFIRMATION HEARING FOR A
## CHAPTER 13 BANKRUPTCY CASE

The confirmation hearing in this case has been rescheduled to:

Date: 4/4/24
Time: 02:30 PM
Location: Courtroom 2 East, John Archibald Campbell US Courthouse, 113 St. Joseph Street, Mobile, AL 36602−3606

Any objections to confirmation of the plan as last amended must be filed at least 7 days prior to the hearing. Objections to any previously−filed plan are overruled without prejudice as moot (except those relating to secured claims whose treatment is unchanged, per Bankruptcy Code §1323(c)).

*THE HEARING CURRENTLY SET FOR 2/8/24 IS CANCELLED.*

**Dated:** February 6, 2024

JERRY OLDSHUE
CHIEF U.S. BANKRUPTCY JUDGE

Case 23-12732    Doc 19    Filed 02/08/24    Entered 02/08/24 23:21:33    Desc Imaged
Certificate of Notice    Page 1 of 4

United States Bankruptcy Court
Southern District of Alabama

In re:                                                                                                                                                                                          Case No. 23-12732-JCO

Virginia Burgess Ready                                                                   Chapter 13
Larry Willard Ready
       Debtors

# CERTIFICATE OF NOTICE

District/off: 1128-1                           User: admin                                Page 1 of 3
Date Rcvd: Feb 06, 2024                   Form ID: ch13cnt                         Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Virginia Burgess Ready, Larry Willard Ready, 166 Hawthorne Circle, Fairhope, AL 36532-3604 |
| aty | + | James Keith Lambert, James K. Lambert, P. O. Box 2263, Fairhope, AL 36533-2263 |
| 3806187 | | Card Services Att. Bankruptcy, P.O. Box 8802, Wilmington, DE 19899-8802 |
| 3806194 | | EnerBank USA Att Bankruptcy, 650 S. Main Street, Suite 1000, Salt Lake City, UT 84101-2844 |
| 3806195 | | Freedom Mortgage, 30 Lake Center Drive, 401 NJ-73, Marlton, NJ 08053 |
| 3806198 | | Goldman Sachs Bank Att Bankruptcy, Lockbox 6112, P.O. Box 7247, Philadelphia, PA 19170-6112 |
| 3806200 | + | Home Depot Credit Srv Att Bankruptcy Dep, PO Box 790328, Saint Louis, MO 63179-0328 |
| 3806202 | | Truist Bank Att Bankruptcy Dept, P O Box 819, Wilson, NC 27894-0819 |
| 3806203 | + | Truist Bank Legal Attn Bankruptcy, Mail Code 306-40-06-10, 1001 Semmes Avenue, Richmond, VA 23224-2245 |
| 3806204 | | Truist Client Center, 2586 James B White Hwy, Whiteville, NC 28472-8974 |
| 3806206 | + | Ungrade Inc. Attn Legal Department, 275 Battery Street, Suite 2300, San Francisco, CA 94111-3366 |
| 3806207 | + | Upgrade Inc. Att Bankruptcy Dept, 2 N Centrtal Ave., 10th Floor, Phoenix, AZ 85004-2322 |
| 3806209 | + | Upgrade Inc. Attn Banktuptcy Dept, 275 Battery Street, Suite 2300, San Francisco, CA 94111-3366 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: cdownload@ch13mob.com | Feb 07 2024 00:41:00 | Christopher Conte, Chapter 13 Trustee's Office, P. O. Box 1884, Mobile, AL 36633-1884 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 07 2024 00:49:44 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 3810094 | | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 07 2024 00:49:43 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 3806183 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 07 2024 00:41:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 3806184 | | Email/Text: BarclaysBankDelaware@tsico.com | Feb 07 2024 00:41:00 | Barclays Bank Delaware Att Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 3806185 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 07 2024 00:50:08 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 3813581 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 07 2024 00:49:58 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 3806186 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 07 2024 00:49:52 | Capitalone, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 3806188 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 07 2024 01:06:31 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 3806189 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 07 2024 00:41:00 | Department of Treasury, IRS, PO Box 7346, Philadelphia, PA 19101-7346 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 3807633 | | Email/Text: mrdiscen@discover.com | Feb 07 2024 00:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 3806190 | + | Email/Text: mrdiscen@discover.com | Feb 07 2024 00:41:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 3806191 | | Email/Text: mrdiscen@discover.com | Feb 07 2024 00:41:00 | Discover Financial Att Banbkruptcy Dept, PO Box 30421, Salt Lake City, UT 84130-0421 |
| 3806192 | | Email/Text: mrdiscen@discover.com | Feb 07 2024 00:41:00 | Discover Financial Att Bankruptcy Dept, PO Box 30421, Salt Lake City, UT 84130-0421 |
| 3806193 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Feb 07 2024 00:41:00 | Enerbank Usa, 1245 E Brickyard, Salt Lake City, UT 84106-2562 |
| 3806196 | | Email/Text: Bankruptcy@Freedommortgage.com | Feb 07 2024 00:41:00 | Freedom Mortgage Att Bankruptcy Dept, P O Box 50485, Indianapolis, IN 46250-0485 |
| 3821204 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 07 2024 00:41:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 3806197 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 07 2024 00:41:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 3806199 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 07 2024 00:41:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 3819750 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2024 00:49:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 3813757 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 07 2024 00:49:43 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 3818555 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Feb 07 2024 00:41:00 | Regions Bank DBA EnerBank USA, 650 S Main Street, Suite 1000, Salt Lake City, UT 84101-2844 |
| 3810425 | + | Email/Text: bankruptcy@bbandt.com | Feb 07 2024 00:41:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 3806205 | + | Email/Text: bankruptcy@bbandt.com | Feb 07 2024 00:41:00 | Truist/BB&T, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-1078 |
| 3806210 | | Email/Text: bknotice@upgrade.com | Feb 07 2024 00:41:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 3806201 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 3806208 | *+ | Upgrade Inc. Att. Bankruptcy Dept, 2 N Centrtal Ave., 10th Floor, Phoenix, AZ 85004-2322 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 08, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher Conte | cconte@ch13mob.com  cdownload@ch13mob.com |
| James Keith Lambert | on behalf of Debtor 2 Larry Willard Ready jl@jameslambertlaw.com |
| James Keith Lambert | on behalf of Debtor 1 Virginia Burgess Ready jl@jameslambertlaw.com |

TOTAL: 3