Form FINMGMT (05/20)

# United States Bankruptcy Court
## Southern District of Alabama

Case No. 23−12732
Chapter 13

In re:

| | |
|---|---|
| Virginia Burgess Ready<br>166 Hawthorne Circle<br>Fairhope, AL 36532 | Larry Willard Ready<br>166 Hawthorne Circle<br>Fairhope, AL 36532 |
| Social Security No.:<br>xxx−xx−7417 | Social Security No.:<br>xxx−xx−4135 |

## NOTICE TO CHAPTER 13 DEBTOR(S) REGARDING FINANCIAL MANAGEMENT COURSE REQUIREMENT FOR DISCHARGE

In order to receive a chapter 13 discharge (release from debt), you must complete a **Personal Financial Management Course and file a form (Bankruptcy Form 423)** showing that you have done so. This personal financial management course is different from the credit counseling course you took when you first filed bankruptcy.

The court's website (www.alsb.uscourts.gov) has a list of online course providers; on the site, go to "General Information," then "Approved Agencies for Credit Counseling and Debtor Education," then "Bankruptcy Administrator's Approved List of Financial Management Course Providers." You can take the course in person or online and then complete Form 423 showing you have done so. Form 423 is available on the court website listed above; go to "Forms", then "Frequently Used National Forms." You will need the name of the course provider, the date you took the course, and your certificate number.

**If you are represented by an attorney, contact him or her about satisfying this course requirement and getting the Form 423 filed.**

**Your Form 423 must be filed before (1) the later of your last plan payment or (2) when you ask the court for a discharge.**

Unless the judge waives the requirement because of special circumstances, **if you do not satisfy it your bankruptcy case will be closed without your receiving a discharge.** If that occurs, in order to receive a discharge you must file a motion to reopen your case and pay an additional filing fee.

**Dated:** February 12, 2024

*Andrea D. Redman*
**CLERK, U.S. BANKRUPTCY COURT**

United States Bankruptcy Court
Southern District of Alabama

| | |
|---|---|
| In re: | Case No. 23-12732-JCO |
| Virginia Burgess Ready | Chapter 13 |
| Larry Willard Ready | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1128-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 12, 2024 | Form ID: finmgmt | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Virginia Burgess Ready, Larry Willard Ready, 166 Hawthorne Circle, Fairhope, AL 36532-3604 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2024          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher Conte | cconte@ch13mob.com  cdownload@ch13mob.com |
| James Keith Lambert | on behalf of Debtor 2 Larry Willard Ready jl@jameslambertlaw.com |
| James Keith Lambert | on behalf of Debtor 1 Virginia Burgess Ready jl@jameslambertlaw.com |

TOTAL: 3